**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

STEVE SCOTT BADER
ADC #96787                                                                                                    PLAINTIFF

V.                                        2:05CV00003 WRW/HDY

MARTIN PADILLA                                                                                          DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed.  After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Defendant's motion for summary judgment (docket entry #37) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2.      The Court certifies that an *in forma pauperis* appeal taken from the order and judgment  dismissing this action is considered frivolous and not in good faith.

DATED this 11th day of May, 2006.


                                                                /s/Wm. R. Wilson, Jr.
                                                         UN TED STATES DISTRICT JUDGE